Robert A. Gutkin (SBN119781)
**MORRIS, MANNING & MARTIN, LLP**
1333 H Street, N.W.
Suite 820
Washington, DC 20005
Telephone: (202) 408-5153
Facsimile: (202) 408-5146

Tim Tingkang Xia (Admitted *Pro Hac Vice*/txia@mmmlaw.com)
John P. Fry (Admitted *Pro Hac Vice*/jfry@mmmlaw.com)
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Attorneys for Defendants
MIPO TECHNOLOGY LIMITED and MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY, a Delaware Corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. a Texas Limited Partnership,**<br>           Plaintiffs,<br>v.<br>**MICROJET TECHNOLOGY CO. LTD., a Taiwanese corporation, ASIA PACIFIC MICROSYSTEMS, INC., a Taiwanese Corporation, MIPO TECHNOLOGY LIMITED, a Hong Kong Corporation, MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU, a Chinese Corporation, MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD., a Florida Corporation, SINOTIME TECHNOLOGIES, INC. d/b/a ALL COLORS, a Florida Corporation, and PTC HOLDINGS LIMITED, a Hong Kong Corporation,**<br>           Defendant(s). | Case No. 10-02175-HRL<br><br>**NOTICE OF MOTION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-1(b), 7-2, AND 16-2(d); MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:          TBD |

      PLEASE TAKE NOTICE that Plaintiffs Hewlett Packard Company and Hewlett Packard Development Company, L.P. ("Hewlett Packard") and Defendants, Asia Pacific Microsystems,

1
NOTICE OF MOTION & JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; MEMO OF PTS & AUTHS.

Inc., Mipo Technology Limited, Mipo Science & Technology Co., Ltd., Guangzhou, Mextec Group Inc. d/b/a Mipo America Ltd., Sinotime Technologies, Inc. d/b/a All Colors (collectively "Parties") move the court to continue the Case Management Conference scheduled for August 3, 2010, at 1:30p.m. for a period of six (6) weeks and to extend all dates set forth in its Order Setting Initial Case Management Conference accordingly. Pursuant to Civil L.R. 7-1(b) and 16-2(d), the Parties request the court to decide this motion on the papers without oral argument.

This motion is made on the grounds that (i) the Mipo Defendants have filed an unopposed motion to stay (Docket Entry No. 15);[1] (ii) the Mipo Defendants' Answer is not due until August 23, 2010; and (iii) Plaintiffs are diligently attempting to effectuate service on the following parties which are in the process of being served but have not yet been served: Microjet Technology Co. Ltd., and PTC Holdings Limited.  These entities are located in Taiwan and Hong Kong, respectively.  Accordingly, the undersigned Parties seek relief from the current Case Management Conference schedule as set forth in this Court's May 20, 2010 Order. This motion is based upon this Notice of Motion and Joint Motion, the following Memorandum of Points and Authorities, all the pleadings, records, and files in this action, matters of which the Court may take judicial notice, and on such other evidence and argument as may be presented at any hearing on this motion.

**STATEMENT OF THE ISSUES TO BE DECIDED**

Whether this Court should continue the Case Management Conference scheduled for August 3, 2010 at 1:30 p.m., and to extend all dates set forth in its Order Setting Initial Case Management Conference.

---

[1] Defendant Asia Pacific Microsystems, Inc. is also planning to file a motion to stay for the same reasons stated in the Mipo Defendants' motion to stay.

NOTICE OF MOTION & JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; MEMO OF PTS & AUTHS

**RELEVANT FACTS; MEMORANDUM OF POINTS AND AUTHORITIES**

The Parties seek to continue the Case Management Conference set by the court in its Order Setting Initial and ADR Deadlines (Docket Entry No. 7) on the grounds that (i) Mipo Defendants have filed an unopposed motion to stay (Docket Entry No. 15); (ii) the Mipo Defendants' Answer is not due until August 23, 2010; and (iii) Plaintiffs are diligently attempting to effectuate service on the following parties which are in the process of being served but have not yet been served: Microjet Technology Co. Ltd. (Taiwan), and PTC Holdings Limited (Hong Kong).  Additionally, the Parties have conferred regarding the ADR process as required by the May 20, 2010 Order.  The Parties were not able to reach an agreement concerning the process and have filed the requisite Notice of Need for ADR Phone Conference, but anticipate that the additional time requested herein will allow the parties ample time to reach agreement with out the need for Court intervention.

In accord, the undersigned move the court for the following deadlines:

| Event | Old Date | Proposed Date |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 7/13/2010 | 8/24/2010 |
| Last day to file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | 7/13/2010 | 8/24/2010 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | 7/13/2010 | 8/24/2010 |
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | 7/27/2010 | 9/7/2010 |

NOTICE OF MOTION & JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; MEMO OF PTS & AUTHS

| Event | Old Date | Proposed Date |
|---|---|---|
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, 5th Floor, SJ at 2:30 PM | 8/3/2010 | 9/14/2010 |

## CONCLUSION

For the aforementioned reasons, this Court should grant the undersigned Parties' motion to continue the Case Management Conference scheduled for August 3, 2010 at1:30 p.m., and to extend all dates set forth in its Order Setting Initial Case Management Conference.

Dated: July 13, 2010

By:  /s/ John P. Fry
Robert A. Gutkin (SBN119781)
rgutkin@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1333 H Street, N.W.
Suite 820
Washington, DC  20005
Telephone:  (202) 408-5153
Facsimile:  (202) 408-5146

- AND -

Tim Tingkang Xia (Admitted *Pro Hac Vice*)
txia@mmmlaw.com
John P. Fry (Admitted *Pro Hac Vice*)
jfry@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

**Attorneys for Defendants**
Mipo Technology Limited and
Mipo Science & Technology Co., Ltd. Guangzhou

By:  /s/ Vinay V. Joshi
Jenny W. Chen
CHEN IP LAW GROUP
7F, No. 1, Alley 30, Lane 358, Rueiguang Road

4

Neihu District
Taipei, Taiwan 114
Telephone: +886.2.7721.8855
Facsimile: +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com

Vinay V. Joshi
EASTWIND CONSULTANTS COMPANY LIMITED
7F, No. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone: 408-893-1512
Facsimile: 216-696-8731
Email: Vinay.Joshi@EastwindConsult.com

**Attorneys for Defendants**
Asia Pacific Microsystems, Inc.

By: /s/ Hongwei Shang
**THE LAW OFFICE OF HONGWEI SHANG, LLC**
9100 S. Dadeland Blvd, Suite 1500
Miami, Florida 33156
Phone: (305) 763-8969
Fax: (305) 763-8609
Hongwei Shang, Esquire
Florida Bar No.: 0037199

**Attorneys for Defendants**
Mextec Group Inc. d/b/a Mipo America Ltd. and Sinotime Technologies, Inc. d/b/a All Colors

By: /s/ Ahmed J. Davis
Ruffin B. Cordell (Admitted *Pro Hac Vice*)
Ahmed J. Davis (Admitted *Pro Hac Vice*)
Cherylyn Esoy Mizzo (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20008
Telephone: 202-783-5070
Facsimile: 202-783-2331

Keeley I. Vega (CA SBN 259928)
kvega@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070

Facsimile: 650-839-5071

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY and
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P.

## CERTIFICATE OF SERVICE

I am employed at Morris, Manning & Martin, LLP in Atlanta, Georgia. I am over the age of 18 years, and not a party to the within action. My business address is: 3343 Peachtree Road, N.E., Atlanta, Georgia 30326.

I hereby certify that on July 13, 2010, I electronically filed the foregoing NOTICE OF MOTION AND JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-1(b), 7-2, AND 16-2(d); MEMORANDUM OF POINTS AND AUTHORITIES with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Ruffin B. Cordell, Esq. (cordell@fr.com)
Ahmed J. Davis, Esq. (davis@fr.com)
Cherylyn Esoy Mizzo, Esq. (mizzo@fr.com)
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20008

Keeley I. Vega, Esq.(kvega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Executed on 13th day of July, 2010, at Atlanta, Georgia.

By: /s/ John P. Fry

John P. Fry