Jenny W. Chen (SBN205043)
**CHEN IP Law Group**
7F, No.1, Alley 30, Lane 358
Rueiguang Road, Neihu District
Taipei Taiwan 114
Telephone:  +886.2.7721.8855
Facsimile:  +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com

Vinay V. Joshi (SBN 213487)
**Eastwind Consultants Company Limited**
57th Floor, Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (408) 893-1512
Facsimile: (216) 696-8731
Email: Vinay.Joshi@EastwindConsult.com

Attorneys for Defendant
**ASIA PACIFIC MICROSYSTEMS, INC.**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY, a Delaware Corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. a Texas Limited Partnership,**<br>                     Plaintiffs,<br>**v.**<br><br>**MICROJET TECHNOLOGY CO. LTD.,** a Taiwanese corporation, **ASIA PACIFIC MICROSYSTEMS, INC.,** a Taiwanese Corporation, **MIPO TECHNOLOGY LIMITED,** a Hong Kong Corporation, **MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU,** a Chinese Corporation, **MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD.,** a Florida Corporation, **SINOTIME TECHNOLOGIES, INC. d/b/a ALL COLORS,** a Florida Corporation, and **PTC HOLDINGS LIMITED,** a Hong Kong Corporation,<br>                     Defendant(s). | Case No. 10-02175-HRL<br><br>**NOTICE OF APPEARANCE OF JENNY W. CHEN AND VINAY V. JOSHI** |

1
NOTICE OF APPEARANCE OF JENNY W. CHEN AND VINAY V. JOSHI ON BEHALF OF DEFENDANT ASIA PACIFIC MICROSYSTEMS, INC.

The undersigned hereby file this present notice of appearance on behalf of Defendant Asia Pacific Microsystems, Inc. The undersigned have the following contact information:

Jenny W. Chen (SBN205043) - *Lead Counsel*
**CHEN IP Law Group**
7F, No.1, Alley 30, Lane 358
Rueiguang Road, Neihu District
Taipei Taiwan 114
Telephone: +886.2.7721.8855
Facsimile: +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com

Vinay V. Joshi (SBN 213487) - *Lead Counsel*
**Eastwind Consultants Company Limited**
57th Floor, Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (408) 893-1512
Facsimile: (216) 696-8731
Email: Vinay.Joshi@EastwindConsult.com

Respectfully submitted on this 14th day of July, 2010.

By: /s/ Vinay V. Joshi
Jenny W. Chen (SBN205043)
**CHEN IP Law Group**
7F, No.1, Alley 30, Lane 358
Rueiguang Road, Neihu District
Taipei Taiwan 114
Telephone: +886.2.7721.8855
Facsimile: +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com

Vinay V. Joshi (SBN 213487)
**Eastwind Consultants Company Limited**
57th Floor, Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (408) 893-1512
Facsimile: (216) 696-8731
Email: Vinay.Joshi@EastwindConsult.com

**Attorneys for Defendant**
Asia Pacific Microsystems, Inc.

# CERTIFICATE OF SERVICE

I am employed at Eastwind Consultants Company Limited in Santa Clara, California. I am over the age of 18 years, and not a party to the within action. .

I hereby certify that on July 14, 2010, I electronically filed the foregoing **NOTICE OF APPEARANCE OF JENNY W. CHEN AND VINAY V. JOSHI** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Robert A. Gutkin (SBN119781)
MORRIS, MANNING & MARTIN, LLP
1333 H Street, N.W.
Suite 820
Washington, DC  20005

Tim Tingkang Xia (txia@mmmlaw.com)
John P. Fry (jfry@mmmlaw.com)
Heather Champion Brady (hbrady@mmmlaw.com)
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

Ruffin B. Cordell, Esq. (cordell@fr.com)
Ahmed J. Davis (davis@fr.com)
Cherylyn Esoy Mizzo (mizzo@fr.com)
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20008

Keeley I. Vega (CA SBN 259928)
kvega@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

By:  /s/ Vinay V. Joshi

Vinay V. Joshi

3

NOTICE OF APPEARANCE OF JENNY W. CHEN AND VINAY V. JOSHI ON BEHALF OF DEFENDANT ASIA PACIFIC MICROSYSTEMS, INC.