Jenny W. Chen (SBN205043)
**CHEN IP Law Group**
7F, No.1, Alley 30, Lane 358
Rueiguang Road, Neihu District
Taipei Taiwan 114
Telephone:  +886.2.7721.8855
Facsimile:  +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com

Vinay V. Joshi (SBN 213487)
**Eastwind Consultants Company Limited**
57th Floor, Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (408) 893-1512
Facsimile: (216) 696-8731
Email: Vinay.Joshi@EastwindConsult.com

Attorneys for Defendant
**ASIA PACIFIC MICROSYSTEMS, INC.**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY, a Delaware Corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. a Texas Limited Partnership,**<br>**Plaintiffs,**<br>v.<br><br>**MICROJET TECHNOLOGY CO. LTD., a Taiwanese corporation, ASIA PACIFIC MICROSYSTEMS, INC., a Taiwanese Corporation, MIPO TECHNOLOGY LIMITED, a Hong Kong Corporation, MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU, a Chinese Corporation, MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD., a Florida Corporation, SINOTIME TECHNOLOGIES, INC. d/b/a ALL COLORS, a Florida Corporation, and PTC HOLDINGS LIMITED, a Hong Kong Corporation,**<br>**Defendant(s).** | Case No. 10-02175-HRL<br><br>**DEFENDANT ASIA PACIFIC MICROSYSTEMS, INC.'S JOINDER IN DEFENDANTS MIPO TECHNOLOGY LIMITED AND MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU'S MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659 (Docket No. 15)** |

Defendant Asia Pacific Microsystems, Inc. ("APM") hereby joins in Defendants Mipo Technology Limited and Mipo Science & Technology Co., Ltd., Guangzhou's (together "Mipo") Motion for Stay Pursuant to 28 U.S.C. § 1659 (Docket No. 15).

For substantially the same reasons set forth in Mipo's Memorandum of Points and Authorities, APM respectfully moves the Court to stay this case until there is a final resolution of the related investigation pending before the United States International Trade Commission, titled *In the Matter of CERTAIN INKJET INK CARTRIDGES WITH PRINTHEADS AND COMPONENTS THEREOF*, Investigation No. 337-TA-723.

APM also respectfully moves the Court to allow APM 45 days to Answer or otherwise respond to HP's Complaint in this case after the stay is lifted upon final resolution of the ITC investigation.

Counsel for APM discussed this matter with counsel for Plaintiff HP and is informed that HP does not oppose Mipo's motion, APM's joinder and APM's 45 day request.

APM respectfully submits that APM's motion for joinder is timely under 28 U.S.C. § 1659 (a) (1) because it is submitted within 30 days of June 21, 2010, the date on which ITC issued a Notice of Investigation for Investigation No. 337-TA-723, naming APM as one of the Respondents thereto. *See* Mipo's Motion at Fry Declaration, Exhibit "C."

Respectfully submitted on this 20th day of July, 2010.

By: /s/ Vinay V. Joshi
Jenny W. Chen (SBN205043)
**CHEN IP Law Group**
7F, No.1, Alley 30, Lane 358
Rueiguang Road, Neihu District
Taipei Taiwan 114
Telephone:  +886.2.7721.8855
Facsimile:  +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com

DEFENDANT ASIA PACIFIC MICROSYSTEMS, INC.'S JOINDER IN DEFENDANT MIPO'S MOTION FOR STAY

Vinay V. Joshi (SBN 213487)
**Eastwind Consultants Company Limited**
57th Floor, Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (408) 893-1512
Facsimile: (216) 696-8731
Email: Vinay.Joshi@EastwindConsult.com

**Attorneys for Defendant**
Asia Pacific Microsystems, Inc.

DEFENDANT ASIA PACIFIC MICROSYSTEMS, INC.'S JOINDER IN DEFENDANT MIPO'S MOTION FOR STAY

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2010, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to counsel of record by email.


By:  /s/ Vinay V. Joshi

Vinay V. Joshi

DEFENDANT ASIA PACIFIC MICROSYSTEMS, INC.'S JOINDER IN DEFENDANT MIPO'S MOTION FOR STAY