Robert A. Gutkin (SBN119781)
**MORRIS, MANNING & MARTIN, LLP**
1333 H Street, N.W.
Suite 820
Washington, DC  20005
Telephone:  (202) 408-5153
Facsimile:  (202) 408-5146

Tim Tingkang Xia (Admitted *Pro Hac Vice*/txia@mmmlaw.com)
John P. Fry (Admitted *Pro Hac Vice*/jfry@mmmlaw.com)
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Attorneys for Defendants
MIPO TECHNOLOGY LIMITED and MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY, a Delaware Corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. a Texas Limited Partnership,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**MICROJET TECHNOLOGY CO. LTD., a Taiwanese corporation, ASIA PACIFIC MICROSYSTEMS, INC., a Taiwanese Corporation, MIPO TECHNOLOGY LIMITED, a Hong Kong Corporation, MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU, a Chinese Corporation, MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD., a Florida Corporation, SINOTIME TECHNOLOGIES, INC. d/b/a ALL COLORS, a Florida Corporation, and PTC HOLDINGS LIMITED, a Hong Kong Corporation,**<br>                  **Defendant(s).** | **Case No. 10-02175-HRL**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned parties hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the assignment of this case to a United States District Judge.

Dated: July 21, 2010

By: /s/ John P. Fry
Robert A. Gutkin (SBN119781)
rgutkin@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1333 H Street, N.W.
Suite 820
Washington, DC  20005
Telephone:  (202) 408-5153
Facsimile:  (202) 408-5146

- AND -

Tim Tingkang Xia (Admitted *Pro Hac Vice*)
txia@mmmlaw.com
John P. Fry (Admitted *Pro Hac Vice*)
jfry@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Attorneys for Defendants
MIPO TECHNOLOGY LIMITED and MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU

## CERTIFICATE OF SERVICE

I am employed at Morris, Manning & Martin, LLP in Atlanta, Georgia. I am over the age of 18 years, and not a party to the within action. My business address is: 3343 Peachtree Road, N.E., Atlanta, Georgia 30326.

I hereby certify that on July 21, 2010, I electronically filed the foregoing DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

Ruffin B. Cordell, Esq. (cordell@fr.com)
Ahmed J. Davis, Esq. (davis@fr.com)
Cherylyn Esoy Mizzo, Esq. (mizzo@fr.com)
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20008

Keeley I. Vega, Esq.(kvega@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Executed on 21st day of July, 2010, at Atlanta, Georgia.

By: /s/ John P. Fry

John P. Fry