Robert A. Gutkin (SBN119781)
**MORRIS, MANNING & MARTIN, LLP**
1333 H Street, N.W.
Suite 820
Washington, DC 20005
Telephone: (202) 408-5153
Facsimile: (202) 408-5146

Tim Tingkang Xia (Admitted *Pro Hac Vice*/txia@mmmlaw.com)
John P. Fry (Admitted *Pro Hac Vice*/jfry@mmmlaw.com)
**MORRIS, MANNING & MARTIN, LLP**
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

Attorneys for Defendants
MIPO TECHNOLOGY LIMITED and MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **HEWLETT-PACKARD COMPANY, a Delaware Corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. a Texas Limited Partnership,**<br>　　　　　　Plaintiffs,<br>v.<br>**MICROJET TECHNOLOGY CO. LTD., a Taiwanese corporation, ASIA PACIFIC MICROSYSTEMS, INC., a Taiwanese Corporation, MIPO TECHNOLOGY LIMITED, a Hong Kong Corporation, MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU, a Chinese Corporation, MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD., a Florida Corporation, SINOTIME TECHNOLOGIES, INC. d/b/a ALL COLORS, a Florida Corporation, and PTC HOLDINGS LIMITED, a Hong Kong Corporation,**<br>　　　　　　Defendant(s). | Case No. 10-02175-JF<br><br>**JOINT STIPULATION FOR STAY PURSUANT TO 28 U.S.C. § 1659 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-1(b), 7-2, AND 16-2(d)**<br><br>Date:　　　TBD |

1
JOINT STIPULATION TO STAY AND CONTINUE CASE MANAGEMENT CONFERENCE

PLEASE TAKE NOTICE that Plaintiffs Hewlett Packard Company and Hewlett Packard Development Company, L.P. ("Hewlett Packard") and Defendants, Asia Pacific Microsystems, Inc., Mipo Technology Limited, Mipo Science & Technology Co., Ltd., Guangzhou, Mextec Group Inc. d/b/a Mipo America Ltd., Sinotime Technologies, Inc. d/b/a All Colors (collectively "Parties") hereby stipulate, pursuant to 28 U.S.C. § 1659, to an order staying all proceedings in this case until final resolution of the related investigation pending before the United States International Trade Commission, titled *In the Matter of CERTAIN INKJET INK CARTRIDGES WITH PRINTHEADS AND COMPONENTS THEREOF*, Inv. No. 337-TA-723.  HP and APM also stipulate that APM will have 45 days to Answer or otherwise respond to HP's Complaint in this case after the stay is lifted upon final resolution of the ITC investigation.  The Parties further stipulate to a continuance of the Case Management Conference scheduled for August 20, 2010, at 10:30 AM and the August 13, 2010, deadline to submit the Case Management Statement until the requested stay is lifted.

Mipo Technology Limited and Mipo Science & Technology Co., Ltd., Guangzhou (the "Mipo Defendants") previously filed an unopposed motion to stay pursuant to 28 U.S.C. § 1659 (Docket Entry No. 15), which was joined by Defendant Asia Pacific Microsystems, Inc. ("APM") (Docket Entry No. 40).  The Parties deem those motions moot in light of this stipulation.

Dated: August 6, 2010

By:  /s/ John P. Fry
Robert A. Gutkin (SBN119781)
rgutkin@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1333 H Street, N.W.
Suite 820
Washington, DC  20005
Telephone:  (202) 408-5153
Facsimile:  (202) 408-5146

2

JOINT STIPULATION TO STAY AND CONTINUE CASE MANAGEMENT CONFERENCE

- AND -

Tim Tingkang Xia (Admitted *Pro Hac Vice*)
txia@mmmlaw.com
John P. Fry (Admitted *Pro Hac Vice*)
jfry@mmmlaw.com
MORRIS, MANNING & MARTIN, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326
Telephone: (404) 233-7000
Facsimile: (404) 365-9532

**Attorneys for Defendants**
Mipo Technology Limited and
Mipo Science & Technology Co., Ltd. Guangzhou


By:  /s/ Vinay V. Joshi
Jenny W. Chen
CHEN IP LAW GROUP
7F, No. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone: +886.2.7721.8855
Facsimile: +886.2.7721.8822
Email: Jenny.Chen@ChenIPLaw.com


Vinay V. Joshi
EASTWIND CONSULTANTS COMPANY LIMITED
7F, No. 1, Alley 30, Lane 358, Rueiguang Road
Neihu District
Taipei, Taiwan 114
Telephone: 408-893-1512
Facsimile: 216-696-8731
Email: Vinay.Joshi@EastwindConsult.com


**Attorneys for Defendants**
Asia Pacific Microsystems, Inc.


By:  /s/ Hongwei Shang
**THE LAW OFFICE OF HONGWEI SHANG, LLC**
9100 S. Dadeland Blvd, Suite 1500
Miami, Florida 33156
Phone: (305) 763-8969
Fax: (305) 763-8609
Hongwei Shang, Esquire

3

Florida Bar No.: 0037199

**Attorneys for Defendants**
Mextec Group Inc. d/b/a Mipo America Ltd. and Sinotime Technologies, Inc. d/b/a All Colors

By:  /s/ Ahmed J. Davis
_____
Ruffin B. Cordell (Admitted *Pro Hac Vice*)
Ahmed J. Davis (Admitted *Pro Hac Vice*)
Cherylyn Esoy Mizzo (Admitted *Pro Hac Vice*)
FISH & RICHARDSON P.C.
1425 K Street NW, 11th Floor
Washington, DC 20008
Telephone: 202-783-5070
Facsimile: 202-783-2331

Keeley I. Vega (CA SBN 259928)
kvega@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: 650-839-5070
Facsimile: 650-839-5071

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P.

**CERTIFICATE OF SERVICE**

I am employed at Morris, Manning & Martin, LLP in Atlanta, Georgia. I am over the age of 18 years, and not a party to the within action. My business address is: 3343 Peachtree Road, N.E., Atlanta, Georgia 30326.

I hereby certify that on August 6, 2010, I electronically filed the foregoing JOINT STIPULATION FOR STAY PURSUANT TO 28 U.S.C. § 1659 AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-1(b), 7-2, AND 16-2(d) with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Executed on 6th day of August, 2010, at Atlanta, Georgia.

By: /s/ John P. Fry

John P. Fry