**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS ORDERED that:

1. All proceedings in this case are stayed until final resolution of the related investigation pending before the United States International Trade Commission, titled *In the Matter of CERTAIN INKJET INK CARTRIDGES WITH PRINTHEADS AND COMPONENTS THEREOF*, Inv. No. 337-TA-723;

2. APM will have 45 days to Answer or otherwise respond to HP's Complaint in this case after the stay is lifted upon final resolution of the ITC investigation; and

3. The Case Management Conference scheduled for August 20, 2010, at 10:30 AM and the August 13, 2010, deadline to submit the Case Management Statement are continued until the requested stay is lifted.

DATED: 8/9/2010 _____

_____
Jeremy Fogel
United States District Court Judge