IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hewlett-Packard Co., et al., | NO. C 10-02175 JW |
| Plaintiffs, v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| Microjet Tech. Co. Ltd., et al., | |
| Defendants. | |

This case was transferred to Chief Judge James Ware on September 28, 2011. (See Docket Item No. 52.) On October 11, 2011, the parties filed a Joint Case Management Statement contending that all proceedings in this case are stayed "until final resolution" of an International Trade Commission ("ITC") investigation. (Docket Item No. 54 at 2-3.) In their Joint Case Management Statement, the parties further contend that October 24, 2011 was the "Target Date" for an ITC "Final Determination" of the "final initial determination" made by an Administrative Law Judge in the ITC proceedings. (Id.) However, since October 11, the parties have not filed any further updates with the Court with respect to the ITC proceeding.

Upon review, the Court finds good cause to set a Case Management Conference for this case. The Court sets **January 30, 2012 at 10 a.m.** for a Case Management Conference. On or before **January 20, 2012**, the parties shall file a Joint Case Management Conference Statement including,

*inter alia*, an update on the ITC proceedings and a good faith proposal for how this case should proceed in light of those proceedings.

Dated: December 20, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ahmed J. Davis ajd@fr.com
Cherylyn Esoy Mizzo mizzo@fr.com
Jenny Wei-Chun Chen Jenny.Chen@ChenIPLaw.com
John Philip Fry jfry@mmmlaw.com
Keeley Irene Vega kvega@fr.com
Robert Alan Gutkin rgutkin@mmmlaw.com
Ruffin B. Cordell cordell@fr.com
Tim Tingkang Xia ttx@mmmlaw.com
Vinay Vijay Joshi vinay.Joshi@EastwindConsult.com

**Dated: December 20, 2011**          **Richard W. Wieking, Clerk**

                                       **By:   /s/ JW Chambers**
                                              **Susan Imbriani**
                                              **Courtroom Deputy**

United States District Court
For the Northern District of California