IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Hewlett-Packard Co., et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>Microjet Tech. Co. Ltd., et al.,<br><br>　　　　Defendants. | NO. C 10-02175 JW<br><br>**ORDER CONTINUING STAY;**<br>**ADMINISTRATIVELY CLOSING CASE** |

    This case is scheduled for a Case Management Conference on January 30, 2012. On October 11, 2011, the parties filed a Joint Case Management Statement contending that all proceedings in this case are stayed "until final resolution" of an International Trade Commission ("ITC") investigation. (Docket Item No. 54 at 2-3.) On January 20, 2012, the parties filed a Second Joint Status Statement contending: (1) that the ITC entered a Notice of Final Determination on October 24, 2011; and (2) the time period "in which persons adversely affected by the [ITC's] decision can appeal to the U.S. Court of Appeals for the Federal Circuit has not yet run," meaning that "final resolution of the ITC investigation has not yet been reached." (Docket Item No. 56 at 2.)

    In light of the ongoing proceedings related to the ITC investigation, the Court does not find good cause to end the stay in this case. Further, in order to control its own docket, the Court finds good cause to administratively close this case while proceedings related to the ITC investigation are ongoing.

Accordingly, the Clerk of Court shall administratively close this case. Any party may file a motion to reopen this case after the ITC investigation is finally resolved.

Dated: January 24, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Ahmed J. Davis ajd@fr.com
Cherylyn Esoy Mizzo mizzo@fr.com
Jenny Wei-Chun Chen Jenny.Chen@ChenIPLaw.com
John Philip Fry jfry@mmmlaw.com
Keeley Irene Vega kvega@fr.com
Robert Alan Gutkin rgutkin@mmmlaw.com
Ruffin B. Cordell cordell@fr.com
Tim Tingkang Xia ttx@mmmlaw.com
Vinay Vijay Joshi vinay.Joshi@EastwindConsult.com

**Dated: January 24, 2012**                     **Richard W. Wieking, Clerk**

                                                **By:    /s/ JW Chambers**
                                                        **Susan Imbriani**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California