UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, a Delaware Corporation, and HEWLETT-PACKARD DEVELOPMENT COMPANY, L.P. a Texas Limited Partnership,<br><br>                    Plaintiffs,<br><br>v.<br><br>MICROJET TECHNOLOGY CO. LTD., a Taiwanese corporation, ASIA PACIFIC MICROSYSTEMS, INC., a Taiwanese Corporation, MIPO TECHNOLOGY LIMITED, a Hong Kong Corporation, MIPO SCIENCE & TECHNOLOGY CO., LTD., GUANGZHOU, a Chinese Corporation, MEXTEC GROUP INC. d/b/a MIPO AMERICA LTD., a Florida Corporation, SINOTIME TECHNOLOGIES, INC. d/b/a ALL COLORS, a Florida Corporation, and PTC HOLDINGS LIMITED, a Hong Kong Corporation,<br><br>                    Defendant(s). | Case No. 3:10-cv-02175-JW<br><br>~~[PROPOSED]~~ ORDER |

    IT IS HEREBY ORDERED THAT Jenny W. Chen and Vinay V. Joshi's leave to withdraw as counsel of record for Asia Pacific Microsystems Inc. and to remove their names from the service list for this case is granted.


    IT IS SO ORDERED.


    Dated:  04/30/2012

IT IS SO ORDERED

_James Ware_
Judge James Ware

_____